# United States District Court
# For The Western District of North Carolina
# Asheville Division

Joyce Austin ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                 1:08-cv-00470

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/22/2010 Order.

                                                          Signed: September 22, 2010

                                                          Frank G. Johns, Clerk
                                                          United States District Court